**No. 69448.**—Robert Bosch Corp. *v.* United States, protests 63/737 and 63/3897 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

**No. 69449.**—Robert Bosch Corp. *v.* United States, protest 64/6066 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

**No. 69450.**—Amity Fabrics, Inc. *v.* United States, protest 64/308 (New York).

Opinion by RAO, C.J.   Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JULY 22, 1965

**No. 69451.**—James S. Baker (Imports) Co. and National Carloading Corp. et al. *v.* United States, protests 58/25771, etc.   (San Francisco).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 69452.**—Ross Products, Inc. *v.* United States, protest 60/9862 (New York).